Merrimack, }
Dec. 1, 1936. }

JUDGE OF PROBATE *v*. JOHN F. DALY.

*Demond, Woodworth, Sulloway, Piper & Jones* (*Mr. Piper* orally), for the heirs.

*John F. Daly* (of Massachusetts), furnished no brief for the administrator.

*Per Curiam.* The case is wrongly entitled. It should be in the name of the administrator as the appellant against the decedent's heirs as the appelees.

The exception presents no question of law.

*Exception overruled.*

PAGE, J., was absent.